≫JS 45  (5/97) - (Revised U.S.D.C. MA 3/25/2011)

| **Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts** |
|---|---|

**Place of Offense:**   Category No.  II   Investigating Agency  USPIS

City  Burlington, Wilmington      Related Case Information:

County  Middlesex

Superseding Ind./ Inf. _____  Case No. _____
Same Defendant _____  New Defendant  X
Magistrate Judge Case Number _____
Search Warrant Case Number  See Attached
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name  Oscar Murcia      Juvenile:  ☐ Yes  ☑ No

Is this person an attorney and/or a member of any state/federal bar:  ☐ Yes  ☑ No

Alias Name _____

Address  (City & State)  Wilmington, MA

Birth date (Yr only): 1996   SSN (last4#): 5038   Sex M   Race: Hispanic   Nationality: US

Defense Counsel if known: _____   Address _____

Bar Number _____

**U.S. Attorney Information:**

AUSA  James E. Arnold      Bar Number if applicable _____

Interpreter:  ☐ Yes  ☑ No    List language and/or dialect: _____

Victims:  ☐ Yes  ☑ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2)  ☐ Yes  ☐ No

Matter to be SEALED:  ☑ Yes  ☐ No

☑ Warrant Requested       ☐ Regular Process       ☐ In Custody

**Location Status:**

**Arrest Date** _____

☐ Already in Federal Custody as of _____ in _____
☐ Already in State Custody at _____  ☐ Serving Sentence  ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by: _____ on _____

**Charging Document:**  ☑ Complaint   ☐ Information   ☐ Indictment

**Total # of Counts:**  ☐ Petty   ☐ Misdemeanor   ☑ Felony  1

Continue on Page 2 for Entry of U.S.C. Citations

☑  I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 7/28/2021    Signature of AUSA: _____

JS 45 (5/97) (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**    Oscar Murcia

## U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 21 USC 841(a)(1) and (b)(1)(B)(vi) | Distribution and PWID to Distribute 40 grams or more of a mixture and substance containing Fentanyl | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

cr js-45-MA2011.wpd - 3/25/2011

Attachment to JS-45

20-mj-6645-MPK
20-mj-4291-DHH
20-mj-6714-MPK
21-mj-6485-MPK
21-mj-6492-MPK
21-mj-6493-MPK
21-mj-6494-MPK
21-mj-6495-MPK
21-mj-6496-MPK
21-mj-6497-MPK
21-mj-6498-MPK
21-mj-6499-MPK
21-mj-6500-MPK
21-mj-6501-MPK
21-mj-6502-MPK
21-mj-6503-MPK
21-mj-6504-MPK
21-mj-6505-MPK
21-mj-6511-MPK
21-mj-6516-MPK
21-mj-6517-MPK